# NO. 12-19-00369-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE GUARDIANSHIP OF LLOYD* | § | *APPEAL FROM THE* |
| *L. ENGLISH, AN INCAPACITATED* | § | *COUNTY COURT AT LAW NO. 2* |
| *PERSON* | § | *GREGG COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On November 7, 2019, the Clerk of this Court notified Appellants, Larry English, by and through his attorney in fact Diane English, Amanda Ylitalo, and Emily Gaston that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellants were informed that failure to remit the filing fee on or before November 18, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellants have not complied with the Court's request.

Appellants' attorney subsequently withdrew from representing Appellants. Thus, on November 22, the Clerk of this Court again notified Appellants that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellants were again informed that failure to remit the filing fee on or before December 2, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee passed without compliance with the Court's request.

Because Appellants failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered December 11, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### DECEMBER 11, 2019

### NO. 12-19-00369-CV

### IN THE GUARDIANSHIP OF LLOYD L. ENGLISH, AN INCAPACITATED PERSON

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2019-0192-E)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*